UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Roland Kelley, | Case No.: 2:25-cv-02579-JAD-DJA |
| Petitioner, | **Order Denying IFP Application and Directing Petitioner to Pay Filing Fee** |
| v. | |
| Jeremy Bean, et al., | [ECF No. 1] |
| Respondents. | |

*Pro se* Petitioner Roland Kelley filed an application to proceed *in forma pauperis* ("IFP")[1] along with a 28 U.S.C. § 2254 petition for writ of habeas corpus,[2] challenging his state conviction. His IFP application, however, demonstrates that he is ineligible for IFP status.

A $5.00 filing fee is required to initiate a habeas action in a federal district court,[3] but the court may authorize a person to begin an action without prepaying fees and costs if the person demonstrates indigency.[4] Although the petitioner submitted his IFP application on an incorrect form, the supporting documents nonetheless show he can pay the $5.00 filing fee. Thus, he does not qualify for a fee waiver. I therefore deny his IFP application and give him until **February 13, 2026**, to pay the $5 filing fee.

**IT IS THEREFORE ORDERED** that:

1. Petitioner's Application to Proceed *in forma pauperis* **[ECF No. 1] is DENIED.**

2. Kelley must pay the $5.00 filing fee by **February 13, 2026.**

---

[1] ECF No. 1.

[2] ECF No. 1-1. The initial screening of the petition under the Rules Governing Section 2254 Cases and consideration of his motion for appointment of counsel (ECF No. 1-3) are deferred until he has fully complied with this order.

[3] 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees.

[4] 28 U.S.C. § 1915; LSR 1-1, 1-2.

3. **If Petitioner fails to comply with this order by paying the filing fee by February 13, 2026, this case will be dismissed without prejudice and without further advance notice.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 9, 2026